Matter of Kevin J.B. v Tanisha H. (2025 NY Slip Op 03628)

Matter of Kevin J.B. v Tanisha H.

2025 NY Slip Op 03628

Decided on June 12, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 12, 2025

Before: Kern, J.P., Kennedy, Friedman, Shulman, O'Neill Levy, JJ. 

Index No. P-05632/24|Appeal No. 4576|Case No. 2024-06625|

[*1]In the Matter of Kevin J.B., Petitioner-Respondent,
v
Tanisha H., Respondent-Appellant. 

Law Office of Thomas R. Villecco, P.C., New York (Thomas R. Villecco of counsel), for appellant.
Center for Family Representation, Inc., New York (Charles S. Rosenberg of counsel), for respondent.
Dawne A. Mitchell, The Legal Aid Society, New York (Diane Pazar of counsel), attorney for the child.

Appeal from order of filiation, Family Court, Bronx County (Lauren T. Broderick, J.), entered on or about October 23, 2024, which adjudged and declared petitioner Kevin J.B. to be the father of the subject child, unanimously dismissed, without costs.
No appeal lies as of right from an order of filiation (see Matter of Corporation Counsel—N.Y. City v Tyrone M., 191 AD3d 427, 428 [1st Dept 2021]), and we decline to deem respondent's notice of appeal as an application for leave to appeal from the order of filiation (see Family Ct Act § 1112[a]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 12, 2025